**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Ronald**<br>First name<br>**Harold**<br>Middle name<br>**Turner**<br>Last name and Suffix (Sr., Jr., II, III) | **Patricia**<br>First name<br>**Ann**<br>Middle name<br>**Turner**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | **FKA Patricia Stokes** |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4211 | xxx-xx-2297 |

| Debtor 1 | **Ronald Harold Turner** |
|---|---|
| Debtor 2 | **Patricia Ann Turner** |

Case number *(if known)* _____

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5. Where you live**

**3710 Lake St**
**Lansing, IL 60438**
Number, Street, City, State & ZIP Code

**Cook**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

**P.O. Box 1209**
**Dolton, IL 60419**
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1   **Ronald Harold Turner**
Debtor 2   **Patricia Ann Turner**

Case number *(if known)* _____

---

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ■ Yes.

| District | **Northern District of Illinois, Eastern Division** | When | **12/07/15** | Case number | **15B 41334-Chapter 13** |
|---|---|---|---|---|---|
| District | **Northern District of Illinois, Eastern Division** | When | **3/18/13** | Case number | **13B 10727-Chapter 13** |
| District | **Northern District of Illinois~Eastern Division** | When | **5/10/10** | Case number | **10B 21175-Chapter 13** |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

- ■ No. Go to line 12.
- ☐ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    **Ronald Harold Turner**
Debtor 2    **Patricia Ann Turner**

Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.   What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

---

| Debtor 1 | **Ronald Harold Turner** | | Case number *(if known)* |
| Debtor 2 | **Patricia Ann Turner** | | |

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
| --- | --- |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Ronald Harold Turner**
Debtor 2    **Patricia Ann Turner**

Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16.** What kind of debts do you have?

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17.** Are you filing under Chapter 7?

☐ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18.** How many Creditors do you estimate that you owe?

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19.** How much do you estimate your assets to be worth?

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20.** How much do you estimate your liabilities to be?

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Ronald Harold Turner**                        **/s/ Patricia Ann Turner**
**Ronald Harold Turner**                             **Patricia Ann Turner**
Signature of Debtor 1                                 Signature of Debtor 2

Executed on    **February 14, 2017**              Executed on    **February 14, 2017**
MM / DD / YYYY                                        MM / DD / YYYY

---

Debtor 1    **Ronald Harold Turner**
Debtor 2    **Patricia Ann Turner**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Raffy A. Kaplan**                                                Date    **February 14, 2017**
Signature of Attorney for Debtor                                              MM / DD / YYYY

**Raffy A. Kaplan**
Printed name

**Kaplan Bankruptcy Firm, LLC**
Firm name

**25 East Washington St**
**Suite 1501**
**Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone    **(312) 294-8989**                    Email address    **rkaplan@financialrelief.com**

**6275234**
Bar number & State

---

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

> Chapter 7 - Liquidation

> Chapter 11 - Reorganization

> Chapter 12 - Voluntary repayment plan for family farmers or fishermen

> Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

> most taxes;

> most student loans;

> domestic support and property settlement obligations;

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Chapter 12: Repayment plan for family farmers or fishermen**

| | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
| | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

**Chapter 13: Repayment plan for individuals with regular income**

| | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
| | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

## Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Ronald Harold Turner**
**Patricia Ann Turner**

Debtor(s)

Case No.

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **65.00** |
| Prior to the filing of this statement I have received | $ | **65.00** |
| Balance Due | $ | **0.00** |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors for reaffirmations; exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Redemptions under 11 U.S.C. 722, representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, any adversary proceeding, amendments and enforcement of stay violations.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 14, 2017**
*Date*

/s/ Raffy A. Kaplan
**Raffy A. Kaplan 6275234**
*Signature of Attorney*
**Kaplan Bankruptcy Firm, LLC**
**25 East Washington St**
**Suite 1501**
**Chicago, IL 60602**
**(312) 294-8989   Fax: (312) 294-8995**
**rkaplan@financialrelief.com**
*Name of law firm*

---

# KAPLAN BANKRUPTCY FIRM, L.L.C.

## PRE-PETITION ENGAGEMENT AGREEMENT

Ronald & Patricia Turner

(the "**Client**" or "**you**") hereby engages and retains Kaplan Bankruptcy Firm, L.L.C., a debt relief agency and law firm (the "**Law Firm**"), solely to represent the Client to: (i) evaluate the Client's financial circumstances; (ii) to explain to the Client the Client's options which may be available to the Client considering such financial circumstances including but not limited to the filing with the Clerk of the Bankruptcy Court a petition (the "**Petition**") for relief under chapter 7 or chapter 13 of Title 11 U.S.C. (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Illinois (Client's "**Bankruptcy Case**"); (iii) if the Client after consultation with the Law Firm determines it is in the Client's best interests to file a Petition for a chapter 7 Bankruptcy Case, file said Petition on behalf of the Client, in which case the Law Firm shall not perform any additional work for the Client after filing said Petition; and (iv) if the Client after consultation with the Law Firm determines it is in the Client's best interests to file a Petition for a chapter 13 Bankruptcy Case, file said Petition and prosecute and conclude said chapter 13 Bankruptcy Case on behalf of the Client . If a Petition is filed for a chapter 7 Bankruptcy Case on behalf of the Client, and the Client thereafter chooses in the Client's sole discretion to engage the Law Firm by entering into a post-petition engagement agreement with the Law Firm ("**Post-Petition Engagement Agreement**") to prosecute the Client's chapter 7 Bankruptcy Case, the Post-Petition Engagement Agreement would provide for the Law Firm to prosecute and conclude Client's Bankruptcy Case for fees, costs and expenses incurred subsequent to the filing of the Petition all as provided in the Post-Petition Engagement Agreement; if the Client does not enter into a Post-Petition Engagement Agreement with the Law Firm in connection with Client's chapter 7 Bankruptcy Case, the Client may choose at its sole discretion to engage other legal counsel to prosecute the Client's Bankruptcy Case, represent itself on a *pro se* basis to prosecute the Client's Bankruptcy Case or abandon the Client's Bankruptcy Case, and in any such event the Client hereby agrees and acknowledges that the Client will not oppose the Law Firm from withdrawing as the Client's attorney in connection with the Client's chapter 7 Bankruptcy Case.

## Article 1.  The Law Firm's Duties

1.1 The Law Firm shall investigate and advise the Client regarding its interests. The Client understands and acknowledges to the Law Firm that the Client's Bankruptcy Case may be complex, and that the Law Firm's investigation of and work on the Client's Bankruptcy Case shall not commence until the Client signs, dates and delivers this Pre-Petition Engagement Agreement to the Law Firm. Therefore, the Client also understands and acknowledges to the Law Firm that discovery in the Client's Bankruptcy Case and/or other future events may change the Law Firm's advice regarding the Client's Interests, perhaps in a significant or material way. The Law Firm is not obligated to begin or to continue to prosecute or defend any claim that in the Law Firm's sole professional judgment is or becomes objectively or subjectively frivolous, can only be brought in bad faith, or whose continued prosecution comes to or may constitute bad faith, violates or comes to or may violate any rule or code of professional ethics, or has or comes to or may have so little chance of success on the merits that it is not reasonable to expect the Law Firm to continue to invest its time and effort to further prosecute the Client's Bankruptcy Case.

1.2 The Law Firm is specifically under no obligation to prosecute or to defend any appeal or adversary action by reason of this Pre-Petition Engagement Agreement.

## Article 2.  Fees and Expenses

2.1 **Chapter 7 Bankruptcy Case:** If the Client chooses in the Client's sole discretion after consultation with the Law Firm to file a Petition for a chapter 7 Bankruptcy Case, the Client shall pay to the Law Firm, prior to the Law Firm commencing any work on the Client's behalf, **professional fees** in the amount of $65.00 (Client's Initials: _____). These professional fees **do not include court costs** payable by the Client in the amount of **$335.00**, or such other amount of court costs as shall be established under the Bankruptcy Code or rules promulgated thereunder from time to time.

2.2  **Chapter 13 Bankruptcy Case:** If the Client chooses in the Client's sole discretion after consultation with the Law Firm to file a chapter 13 Bankruptcy Case, the Law Firm's **professional fees** shall be **$4,000** (Client's Initials: _____), of which sum $0.00 shall be paid prior to the Law Firm commencing any work on the Client's behalf, and the balance of which shall be paid through the Client's chapter 13 Bankruptcy Case plan. These professional fees **do not include court costs** payable by the Client in the amount of $310.00, or such other amount of court costs as shall be established under the Bankruptcy Code or rules promulgated thereunder from time to time.

2.3 The professional fees indicated above include consulting with the Client to discuss the Client's financial condition and possible solutions. For a chapter 13 bankruptcy case only, the professional fees indicated above also include: (i) preparing, filing and amending the Client's bankruptcy schedules and all documents required to be filed by the Bankruptcy Code; appearing at the Client's 341 Meeting of Creditors; (ii) processing reaffirmation agreements with the Client's secured creditors; (iii) providing the sections 342(b)(1), 527 and 521 notices which are attached hereto; and (iv) and corresponding with the Trustee assigned to the case;  these chapter 13 fees expressly do not include any obligation on the Law Firm to prosecute or defend any and/or all contested motions and/or any and all adversary proceedings ("Additional Services"), which may arise as a result of the Client's chapter 13 Bankruptcy Case; and anything herein to the contrary, both the Law Firm and the Client will endeavor to be fair and reasonable with each other in all billing matters.

2.4 All retainers described herein, including all future retainers, are expressly agreed to be "advance payment retainers" as described in *In re: Production Associates, Ltd. 264 B.R. 180 (Bkrtcy. N.D.Ill 2001)* and *Dowling v. Chicago Options Associates, Inc., 2007 WL 128879 (Ill.).* The Law Firm will commingle the retainer and any future retainer immediately upon receipt with their general funds being obligated only to refund an amount equal to the unearned portion thereof, if any, promptly after the termination of the Law Firm's services. Ordinarily, Client has the option to request that the retainer be considered a "security retainer" where Client continues to have an interest in the funds, but Client recognizes and agrees that the Law Firm would not undertake the representation on that basis. The Law Firm is obligated by the *Dowling* case to advise Client of the reason they would decline to represent Client on a security retainer basis, and that reason is the Law Firm does not desire to potentially compete with the creditors of the Client on a security retainer basis.

2.5   Compensation will be paid to the Law Firm at their customary hourly rates for all Additional Services (including all para-professional staff) as they exist from time to time. The rates are currently $300 per hour for attorney's time, and $95 per hour for para-professional's time. In addition, if for any reason the attorney-client relationship is terminated by either of the Parties, then upon such termination the Law Firm will prepare an accounting and forward the same to the Client and charge the Client on an hourly basis for all time expended by the Law Firm up until the time of termination, including the preparation of the accounting.

2.6 All expenses incurred, and disbursements made by the Law Firm on the Client's behalf in connection with this matter will be payable by the Client in addition to the professional fees. Such expenses typically include, but are not limited to: tax transcripts, credit reports, long distance telephone calls, photocopying, messengers, and regular and electronic mail services. The foregoing list is by way of example only, and the omission of any charge, expense, or disbursement from said list is not intended as a limitation for such possible charges. The Law Firm will generally bill the Client for such costs once a month unless the costs incurred are so insignificant as not to justify a billing. In the case of any cost the Law Firm deem exceptional in their sole discretion, the Law Firm may request payment in advance or payment directly from the Client to the provider.

2.7 If the Client specifically objects in writing to any charge appearing on any bill rendered by the Law Firm, the Client will pay within one month of the date of any bill any and all charges to which the Client does not specifically object in writing. The Law Firm is always willing to discuss its charges with the Client, but the Client agrees that any fee or expense in regard to which the Client does not object in writing to the Law Firm within one month of the date thereof shall constitute an "account stated" and the Client shall no longer be entitled to dispute the same. The reason for setting this deadline is to keep any objections (and the memories that underlie them for all the Parties) from becoming stale, and to encourage the Client to bring any billing controversies to the Law Firm's attention as soon as possible to foster a speedy resolution thereof.

2.8  The Client hereby acknowledges that the Chapter 13 Trustee may, at its sole discretion, request the turnover of Client's post-petition tax returns and tax refunds each year the case is active.  The Client acknowledges that the entire amount of the yearly tax refunds may be payable to the Trustee *in addition* to the minimum amount proposed to repay creditors in Client's confirmed Chapter 13 Plan.

### Article 3.  The Law Firm's Authority To Act

3.1 In matters of professional responsibility, the Law Firm shall act in their own discretion as they deem proper under the applicable rules of court and the Illinois Code of Professional Responsibility and the Rules of any Court in

which the case is prosecuted, and without any direction regarding the same. The Client acknowledges that the Law Firm has recommended to and advised the Client that the Client should retain the Client's own independent legal advice from legal counsel other than the Law Firm regarding the Clients entering into this Pre-Petition Engagement Agreement with the Law Firm, and that the Client has indeed obtained such independent legal advice or has knowingly waived the Client's right, and the Firm's advice to the Client, to obtain such independent advice from legal counsel other than the Firm.

which the case is prosecuted, and without any direction from the Client.

3.2 The Client recognizes that the Law Firm possesses special skills and training in legal matters which the Client does not possess or are beyond the Client's knowledge and skill. Accordingly, where and to the extent appropriate, the Law Firm shall take direction from the Client upon the Client's written demand but only where and to the extent the same do not impinge upon the Law Firm's professional responsibilities and legal judgment, or where a full consultation with the Client regarding the same is not practical given relevant circumstances and/or timing.

3.3 Nothing herein shall be construed to limit the Law Firm's responsibilities under the Illinois Code of Professional Responsibility, but it is the Parties' desire that the provisions hereof be interpreted to the greatest extent possible to conform to said Illinois Code of Professional Responsibility.

### Article 4.  Contract Construction

4.1 This Pre-Petition Engagement Agreement shall be construed under a rule of reasonableness at the time it was entered, examining any provision thereof with a mind that the Parties hereto were acting in good faith and without oppression, attempting to reach a fair and equitable means on which the Law Firm could pursue the Client's interests for the Client

4.2 This Pre-Petition Engagement Agreement shall be construed according to the laws of the State of Illinois and the Parties agree to submit to the jurisdiction of any State Court in the Circuit Court of Cook County.

4.3 Subject to any rule, procedure or court order that is adopted by the courts in this jurisdiction which are expressly incorporated by reference into this Pre-Petition Engagement Agreement and made a part hereof, the Parties acknowledge that this Pre-Petition Engagement Agreement embodies the full understanding of the Parties hereto and is a fully integrated agreement that may only be altered or amended by a writing signed by both Parties.

### Article 5.  Legal Advice Regarding This Pre-Petition Engagement Agreement

5.1 The Law Firm is not representing the Client regarding the Client entering into this Pre-Petition Engagement Agreement, nor is the Law Firm rendering any legal advice

### Article 6.  General; Client Disclosures

6.1 Either party may terminate Client's engagement of the Law Firm but only by giving written notice to the other party at the designated or last known address of the party receiving such termination notice, subject in the case of the Firm terminating engagement to the Firm's compliance with any applicable rules or codes of professional ethics and responsibilities.

6.2 In addition to paying the Firm's fees and all other costs set forth in the Pre-Petition Engagement Agreement, the Client also agrees: to carry out all of the Client's obligations pursuant to section 521 of the Bankruptcy Code; to provide the Law Firm full, honest and accurate disclosures of all the Client's assets, liabilities and financial information; to notify the Law Firm of any change or anticipated change in the Client's circumstances; and to comply with applicable law.

6.3 Disclosure Pursuant to 11 U.S.C. &527(a)(2).
   a) All information that you are required to provide with a petition and thereafter during a case under the Bankruptcy Code is required to be complete, accurate, and truthful.  This is solely your responsibility.
   b) All assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case.  The Bankruptcy Code requires that you list the replacement value of each asset.  This must be the replacement value of the property at the date of filing the petition, without deducting for costs of sale or marketing, established after a reasonable inquiry.  For property acquired for personal, family or household use, replacement value means the price a retail merchant would charge for property of that kind, considering the age and condition of the property.  This is solely your responsibility.

c) The following information, which appears on Official Form 22, Statement of Current Monthly Income is required to be stated after the reasonable inquiry: current monthly income, the amounts specified in section 707(b)(2), and, in a case under chapter 13 of the Bankruptcy Code, disposable income (determined in accordance with section 707(b)(2). This is solely your responsibility.

d) Information that you provide during your case may be audited pursuant to provisions of the Bankruptcy Code. Failure to provide such information may result in dismissal of the case under this title or other sanction, including criminal sanctions. This is solely your responsibility.

e) By signing below, you acknowledge that the Law Firm has fully explained your obligations set forth above to you, you have had the opportunity to ask the Law Firm questions and receive answers about such obligations and you fully understand your obligations set forth above.

### Article 7.  Required Disclosures

7.1 Under the bankruptcy laws, the Client is required to take a Credit Counseling Course prior to the filing of the Client's bankruptcy petition and a Financial Management Course prior to the discharge of the Client's bankruptcy.  If the Client fails to complete these courses the Client's bankruptcy discharge will be denied.

7.2 Section 527 of the Bankruptcy Code requires a debt relief agency to provide an assisted person with the following:  A copy of the notice prepared by the clerk of the Bankruptcy Court, in accordance with the requirements of § 342(b), which the Client has been shown at the Client's initial consultation and which contains a brief description of Chapters 7, 11, 12, and 13 and the general purpose, benefits, and costs of proceeding under each of those chapters; and the types of services available from credit counseling agencies;   specifying that a person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury in connection with a case under this title shall be subject to fine, imprisonment, or both; and that all information supplied by a debtor in connection with a case under this title is subject to examination by the Attorney General.

7.3 All information that the assisted person is required to provide with a petition and thereafter during a case under

this title is required to be complete, accurate, and truthful; all assets and all liabilities are required to be completely and accurately disclosed in the documents filed to commence the case, and the replacement value of each asset as defined in § 506 must be stated in those documents where requested after reasonable inquiry to establish such value; current monthly income, the amounts specified in section 707(b)(2), and, in a case under Chapter 13 of this title, disposable income (determined in accordance with § 707(b)(2)) are required to be stated after reasonable inquiry; and information that an assisted person provides during his or her case may be audited pursuant to this title, and failure to provide such information may result in dismissal of the case under this title or other sanction, including a criminal sanction.

7.4 If you decide to seek bankruptcy relief, you can represent yourself, you can hire an attorney to represent you, or you can get help in some localities from a bankruptcy petition preparer who is not an attorney. The law requires an attorney or bankruptcy petition preparer to give you a written contract specifying what the attorney or bankruptcy petition preparer will do for you and how much it will cost. Obtain a copy of and carefully review the contract before you hire anyone. The following information explains what must be done in a routine bankruptcy case to help you evaluate how much service you need. Before filing a bankruptcy case, either you or your attorney should analyze your eligibility for different forms of debt relief available under the Bankruptcy Code and decide which form of relief is most likely to be beneficial for you. Be sure you understand the relief you can obtain and its limitations. To file a bankruptcy case, documents must be prepared correctly and filed with the bankruptcy court. You will have to pay a filing fee to the bankruptcy court. Once your case starts, you must attend the required first meeting of creditors, where you may be questioned by a court official called a "trustee" and by creditors.  If you choose to file a Chapter 7 case, you may be asked by a creditor to reaffirm a debt. You may want help deciding whether to do so. A creditor is not permitted to coerce you into reaffirming your debts. If you choose to file a Chapter 13 case, in which you repay your creditors what you can afford over 3 to 5 years, you may also want help preparing your Chapter 13 plan and with the confirmation hearing on your plan, which will be before a bankruptcy judge. If you select another type of relief under the Bankruptcy Code other than Chapter 7 or Chapter 13, you should consult someone familiar with that type of relief. Your bankruptcy case may also involve litigation. You are generally permitted to represent yourself in litigation in bankruptcy court, but only lawyers, not

bankruptcy petition preparers, can give you legal advice in that regard.

7.5 You must accurately disclose your average monthly income and expenses. To compile your income refer to recent paystubs accounting for all income. Review your monthly expenditures and make your best estimate on cash expenditures. If you are required to pass a "means test" because of your income, your estimated monthly expenses will be based upon IRS allowances based on the area in which you live. If your expenses exceed the allotted amounts, you may need to make adjustments accordingly. When you value your property, consider the prices for housing in your area, in newspapers for automobiles, and what you would pay for furniture and clothes at stores selling such goods. If you have an item of unique or special value, an appraisal may be necessary. When listing creditors, base information concerning the creditor on the most current bill or invoice. Some of your property is exempt and may be retained according to the exemptions that the Law Firm has reviewed at your consultation. If a creditor has a lien on exempt property, the lien may be avoidable, or you may have to pay to keep the property.

AGREED AND ACKNOWLEDGED BY CLIENT:

DEBTOR:

X _____

Name: Ronald Turner

Date: 2-14-17

JOINT DEBTOR:

X _____

Name: Patricia Turner

Date: 2/14/17

AAC Orthodontics, P.C.
8165 Calumet Avenue
Munster, IN 46321


Acme Continental Credit Union
13601 S. Perry Ave.
Riverdale, IL 60827


Advance America Cash Advance
17655 s Torrence
Lansing, IL 60438


Advance America Cash Advance
6419 Columbia Ave.
Hammond, IN 46320


Advocate Medical Group
701 Lee St.
Des Plaines, IL 60016


Afni, Inc.
1310 Martin Luther King Drive
PO Box 3427
Bloomington, IL 61702-3427


Alcoa Billing Center
3429 Regal Dr.
Alcoa, TN 37701-3265


Alcoa Billing Center
3429 Regal Dr.
Alcoa, TN 37701-3265


Alcoa Billing Center
3429 Regal Dr.
Alcoa, TN 37701-3265


Allied Interstate, Inc.
3000 Corporate Exchange Dr.
5th Floor
Columbus, OH 43231


Allied Interstate, LLC
7525 West Campus Road
New Albany, OH 43054

America's Financial Choice, Inc.
667 River Oaks Drive
Calumet City, IL 60409


Americash Loans
880 Lee St.
Ste. 302
Des Plaines, IL 60016


AMO Recoveries
6737 W. WAshington St. Ste 3118
Milwaukee, WI 53214


Arnold Scott Harris, P.C.
222 Merchandise Mart
Ste. 1932
Chicago, IL 60654


AT&T
c/o AFNI
P.O. Box 3517
Bloomington, IL 61702-3517


AT&T
c/o Diversified Consultants, Inc.
P.O. Box 1391
Southgate, MI 48195-0391


AT&T Mobility
c/o Bay Area Credit Service, LLC
1901 W. 10th St.
Antioch, CA 94509-1380


AT&T Mobility
c/o Bay Area Credit Service
1000 Abernathy Road NE, Ste. 195
Atlanta, GA 30328


AT&T Mobility
c/o Sunrise Credit Services
P.O. Box 9100
Farmingdale, NY 11735

AT&T Uverse
c/o IC System
P.O. Box 64437
Saint Paul, MN 55164-0437


Bank of America
100 North Tyron Street
Charlotte, NC 28255


Bank of America
135 South LaSalle
Chicago, IL 60603


Bank One
7601 South Cicero Avenue
Chicago, IL 60652


Bed Bath and Beyond Inc
c/o Payliance
3 Easton Oval, Suite 210
Columbus, OH 43219-6011


Betty Brite Pride Cleaners
c/o Checkvelocity
5010 Linbar Drive, Ste. 100
Nashville, TN 37211


Capital Solutions
c/o QC Holdings
PO Box 560385
Charlotte, NC 28256


Cardiac Care Consultants, PC
1730 45th Street
Munster, IN 46321-3915


Cardiac Consulting Group, SC
c/o AMO Recoveries
P.O. Box 926100
Norcross, GA 30010-6100


Cardiac Consulting Group, SC
4647 W. Lincoln Hwy.
Matteson, IL 60443

Cardiology Associates of NW IN
P.O. Box 3589
Munster, IN 46321-0539


Cardiology Associates of NW IN
c/o CBCS 21
PO Box 2334
Columbus, OH 43216-2334


Cardiology Associates of NW IN
P.O. Box 3539
Munster, IN 46321-0539


Cash City Loans Corp.
10334 South Harlem Avenue
Palos Hills, IL 60465


Cashland Financial
19372 S Halsted
Glenwood, IL 60425


Certegy
P.O. Box 30046
Tampa, FL 33630-3046


Certegy Payment Recovery Services
Bankruptcy Department
11601 Roosevelt Road
Saint Petersburg, FL 33716


Charter One
1 Citizens Drive
RJE245
Riverside, RI 02915


Check Again
c/o National Recoveries, Inc. of MN
14735 Hwy. 65 NE, Ste. 100
Andover, MN 55304-4886


Check into Cash
2378 East 172nd Street
Ste. 6
Lansing, IL 60438

Check into Cash of Illinois, LLC
2378 East 172nd Street
Ste. 6
Lansing, IL 60438


Checks Unlimited
Payment Processing Center
Department 228
Denver, CO 80271-0228


Checks Unlimited
P.O. Box 17400
Colorado Springs, CO 80935


Checkvelocity
5010 Linbar Drive
Ste. 100
Nashville, TN 37211


ChexSystems
7805 Hudson Road
Suite 100
Woodbury, MN 55125


City of Chicago
121 N. LaSalle
Room 107
Chicago, IL 60602


Claire's Stores
c/o Palmer, Reifler & Associates
1900 Summit Tower Blvd., Ste. 820
Orlando, FL 32810-5951


Comcast
c/o NCO Financial
507 Prudential Rd.
Horsham, PA 19044


Comcast
c/o Credit Protection Association
P.O. Box 3002
Southeastern, PA 19398-3002

Comcast
P.O. Box 3002
Southeastern, PA 19398-3002


Community Care Network
9660 Wicker Avenue
Saint John, IN 46373-9487


Community Care Network
9660 Wicker Avenue
Saint John, IN 46373-9487


Community Care Network
c/o Trustmark Recovery
541 Otis Bowen Drive
Munster, IN 46321


Community Care Network
9660 Wicker Avenue
Saint John, IN 46373-9487


Community Healthcare System
P.O. Box 3604
Munster, IN 46321-0703


Community Healthcare System
P.O. Box 3604
Munster, IN 46321-0703


Community Healthcare System
P.O. Box 3604
Munster, IN 46321-0703


Community Hospital
c/o Komyatte & Casbon, P.C.
9650 Gordon Drive
Highland, IN 46322


Community Hospital
c/o The Law Office of Tim Fesko
425 Joliet Street, Ste. 217B
Dyer, IN 46311

Cook County State's Attorney
Bad Check Restitution Program
P.O. A3984
Chicago, IL 60690-3984


Cook County State's Attorney
P.O. Box 3203
Springfield, IL 62708-3203


Country Financial
Subrogation Department
PO Box 2100
Bloomington, IL 61702-2100


Credit Protection Association, LP
13355 Noel Rd.
Dallas, TX 75240


CVS/ Caremark
c/o Dynamic Recovery Solutions
Po Box 25759
Greenville, SC 29616-0759


CVS/Caremark
Dynamic Recovery Solutions
PO Box 25759
Greenville, SC 29616-0759


D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55, Ben Franklin Station
Washington, DC 20044


D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55, Ben Franklin Station
Washington, DC 20044


D. Patrick Mullarkey
Tax Division (DOJ)
P.O. Box 55, Ben Franklin Station
Washington, DC 20044

DALAL Medical Corporation
Digestive Disease Centers
5825 Broadway, Suite B
Merrillville, IN 46410-2664


Diversified Adjustment Recovery
600 Coon Rapids Blvd
Coon Rapids, MN 55433


Diversified Collection Services, In
c/o Country Mutual Insurance Co
900 S. Highway Dr., Ste 210
Fenton, MO 63026


Dr. Peter Neale
16240 Louis Avenue
South Holland, IL 60473


EBS Pediatrics
1300 Iroquois, Ste 205
Naperville, IL 60563


ECMC
c/o GC Services Limited Partnership
PO Box 32500
Columbus, OH 43232-0500


ECMC
P.O. Box 64909
Saint Paul, MN 55164-0909


Enterprise Rent a Car
c/o Caine & Weiner
P.O. Box 5010
Woodland Hills, CA 91365-5010


Exagen Diagnostics
P.O. Box 27561
Albuquerque, NM 87125


Fifth Third Bank
P.O. Box 41249
Nashville, TN 37204

First Savings of Hegewisch
13220 Baltimore Avenue
Chicago, IL 60633


Franciscan Alliance, Inc.
28044 Network Place
Chicago, IL 60673-1280


Franciscan Medical Specialist
757 45th Street, Suite 201
Munster, IN 46321-2893


Franciscan Medical Specialist
757 45th Street, Suite 201
Munster, IN 46321-2893


Franciscan Medical Specialist
757 45th Street, Suite 201
Munster, IN 46321-2893


Global PAyments
Check Recovery Services, Inc
PO Box 66043
Chicago, IL 60666-0043


Goggins & Lavintman, P.A
PO Box 21129
Saint Paul, MN 55121-0129


Harvard Collection Services, Inc.
4839 N. Elston
Chicago, IL 60630-2534


HCFS Healthcare Financial Services
c/o Alcoa Billing Center
3429 Regal Drive
Alcoa, TN 37701


Horseshoe Casino/Certegy Check Serv
c/o Complete Payment Recovery
3500 5th Street
Northport, AL 35476

Horseshoe Hammond
c/o Complete Payment Recovery Servi
3500 5th Street
Northport, AL 35476


Horseshoe Hammond
c/o Complete Payment Recovery Servi
3500 5th Street
Northport, AL 35476


HRRG
PO Box 189053
Fort Lauderdale, FL 33318-9053


HRRG
P.O. Box 5406
Cincinnati, OH 45273-7942


IC System
444 Highway 96 East
P.O. Box 64378
Saint Paul, MN 55164-7846


Illiana Financial
1600 Huntington Drive
Calumet City, IL 60409


Illinois Department of Revenue
c/o NCO Financial Systems, Inc
PO Box 4947
Trenton, NJ 08650-4947


Illinois Title Loans
17310 Torrence Avenue
Lansing, IL 60438


Illinois Title Loans
17310 Torrence Avenue
Lansing, IL 60438


Illinois Title Loans, Inc.
17310 Torrence Avenue
Lansing, IL 60438

Ingalls Memorial Hospital
c/o MRSI
2250 E. Devon, Ste. 352
Des Plaines, IL 60018


Ingalls Memorial Hospital
P.O. Box 5435
Carol Stream, IL 60197-5435


Ingalls Same Day Surgery
PO 340
Matteson, IL 60443


Internal Revenue Service
Department of Treasury
P.O. Box 21126
Philadelphia, PA 19114


Internal Revenue Service
575 N. Pennsylvania Street
M/S SB380
Indianapolis, IN 46204


Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016


Internal Revenue Service
230 S. Dearborn, MS 4401
Attn: D.R. Calhoun-1248182
Chicago, IL 60604


Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317


Internal Revenue Service
575 N. Pennsylvania Street
M/S SB380
Indianapolis, IN 46204


Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016

```
Internal Revenue Service
230 S. Dearborn, MS 4401
Attn: D.R. Calhoun-1248182
Chicago, IL 60604


Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317


Internal Revenue Service
575 N. Pennsylvania Street
M/S SB380
Indianapolis, IN 46204


Internal Revenue Service
2970 Market Street
Mail Stop 5-Q30.133
Philadelphia, PA 19104-5016


Internal Revenue Service
230 S. Dearborn, MS 4401
Attn: D.R. Calhoun-1248182
Chicago, IL 60604


Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317


Internal Revenue Service*
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service*
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service*
P.O. Box 7346
Philadelphia, PA 19101-7346


ISAC*
1755 Lake Cook Rd.
Deerfield, IL 60015-5209
```

IW Chang, M.D.P.C.
9030 Columbia
Munster, IN 46321


J.D. Bryder
800 North Avenue
Glendale Heights, IL 60139


J.P. Morgan Chase
P.O. Box 659754
San Antonio, TX 78265


Jewel Osco/Certegy
c/o Complete Payment Recovery
3500 5th Street
Northport, AL 35476


Komyatte & Casbon, P.C.
9650 Gordon Drive
Highland, IN 46322


Komyatte & Casbon, P.C.
9650 Gordon Drive
Highland, IN 46322


Komyatte & Casbon, P.C.
9650 Gordon Drive
Highland, IN 46322


Lake Anesthesia Associates
P.O. Box 158
Flossmoor, IL 60422


Lake Anesthesia Associates
c/o EOSCCA
PO Box 298
Norwell, MA 02061-0298


Lansing Police and Fie Dept
3141 Ridge Road
Lansing, IL 60438-3021

Leading Edge Recovery Solutions
5440 N. Cumberland Ave.
Ste. 300
Chicago, IL 60656-1490


LInebarger, Goggan Blair & Sampson
35946 Eagle Way
Chicago, IL 60678-1359


Loan Express
28 E. Jackson
Ste. 1324
Chicago, IL 60604


Macy's 0250
c/o Complete Payment Recovery Servi
3500 5th Street
Northport, AL 35476


Macy's/Certegy Check
c/o Complete Payment Recovery
3500 5th Street
Northport, AL 35476


Mark Trophy
3710 Lake St
Lansing, IL 60438


MEA Munster LLC
PO Box 366
Hinsdale, IL 60522


MEA-Munster, LLC
P.O. Box 740023
Cincinnati, OH 45274-0023


Mea-Munster, LLC
c/o HRRG
P.O. Box 5406
Cincinnati, OH 45273


Medical Recovery Specialists, LLC
2250 E. Devon Ave.
Ste. 352
Chicago, IL 60618-4521

Medical Specialists, P.C.
757 45th Ave., Ste. 201
Munster, IN 46321-2912


Medical Specialists, P.C.
757 45th Ave., Ste. 201
Munster, IN 46321-2912


MedSource, LLC
P.O. Box 1248
Bloomington, IL 61702-1248


Meier's Landscaping & Lawn Service
6809 Columbia Avenue
Ste. A
Hammond, IN 46324


Metro Loan Store
7612 West 95th Street
Hickory Hills, IL 60457


Midland Credit Management, Inc.
8875 Aero Drive
Ste. 200
San Diego, CA 92123


Midwest Eye Center
1700 East West Road
Calumet City, IL 60409


Midwest Title Loans
17350 Torrence Avenue
Lansing, IL 60438


MiraMed Revenue Group
Dept. 77304
P.O. Box 77000
Detroit, MI 48277-0308


Municipal Collection Services
3348 Ridge Rd.
Lansing, IL 60438

Munster Radiology
9201 Calumet Avenue
Munster, IN 46321

Munster Radiology Group, P.C.
P.O. Box 809637
Chicago, IL 60680-9637

Munster Radiology Group, PC
P.O. Box 3248
Indianapolis, IN 46206

Munster Radiology Group, PC
P.O. Box 3248
Indianapolis, IN 46206

Nestani, Inc. d/b/a Andorra Restaur
c/o Austgen, Kuiper, Jasaitis
130 North Main Street
Crown Point, IN 46307

Nicor Gas
P.O. Box 8350
Aurora, IL 60507

Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020

Nicor Gas
P.O. Box 549
Aurora, IL 60507

Nitin Sardesai, MD PC
9307 Calumet Avenue
#D1
Munster, IN 46321-2892

Northwestern Medical Faculty Founda
38693 Eagle Way
Chicago, IL 60678-1386

NW Indiana Path Consultants, PC
7750 Solution Center
Chicago, IL 60677-7007

NW Indiana Path Consultants, PC
7750 Solution Center
Chicago, IL 60677-7007


NWI Pathology
9201 Calumet Avenue
Munster, IN 46321


Orthopaedic Specialists of NWI
c/o Regional Recovery Services, Inc
P.O. Box 3333
Munster, IN 46321-0333


Pathology Associates of Chicago
PO Box 88487
Chicago, IL 60680


Patwari Medical Corporation
c/o Komyatte & Casbon, P.C.
9650 Gordon Drive
Highland, IN 46322


Patwari Medical Corporation
9112 Columbia Avenue
Ste. A
Munster, IN 46321-2926


Payday Loan
107 Sibley Rd.
South Holland, IL 60473


Payday Loan Store
9920 S. Western Ave.
Chicago, IL 60643


Payday Loan Store
177 W. Lake St.,
Chicago, IL 60601


Payday Loan Store
4838 S Cicero
Chicago, IL 60638

Payless Shoe Source
c/o Allen & Associates
147 Willis Avenue
Mineola, NY 11501


Performant Recovery, Inc.
P.O. Box 9054
Pleasanton, CA 94566-9054


PLS Financial Services, Inc
c/o Harvard Collection Services, In
4839 N Elston Avenue
Chicago, IL 60630-2534


PLS Financial Services, Inc.
c/o Praxis Financial Solution
7331 N. Licoln Ave., Ste. 8
Lincolnwood, IL 60712-1704


PLS Financial Services, Inc.
c/o Praxis Financial Solution
7331 N. Licoln Ave., Ste. 8
Lincolnwood, IL 60712-1704


PLS Financial Solutions of Illinois
2036 Sibley Avenue
Calumet City, IL 60409


PLS Payday Loan
c/o Halsted Financial Services, LLC
P.O. Box 828
Skokie, IL 60076-0828


PLSFinancial
c/o Second Round
PO Box 41955
Austin, TX 78704-1955


QC Financial Services
National Quik Cash
1451 Sibley Rd.
Calumet City, IL 60409


Quest Diagnostics
P.O. Box 809403
Chicago, IL 60680-9403

```
Radiology Imaging Consultants
9413 Eagle Way
Chicago, IL 60678-1094


Robert R. Mucci
PO Box 190
West Chicago, IL 60186


Ross Store
c/o Complete Payment Recovery Servi
3500 5th Street
Northport, AL 35476


Royal Caribbean International
c/o Levy Diamond Bello & Assoc., LL
497 Bic Drive, P.O. Box 352
Milford, CT 06460


Sally's Beauty 3193
c/o Certegy Payment Recovery Servic
Saint Petersburg, FL 33716


Santander Consumer, USA
P.O. Box 961245
Fort Worth, TX 76161


Seventeen
P.O. Box 6093
Harlan, IA 51593-1593


Shoe Carnival
c/oUnited Compuced Collections
PO Box 633373
Cincinnati, OH 45263-3373


Shoe Carnival
c/o United Compucred Collections, I
PO Box 11075
Cincinnati, OH 45263-3373


Shoe Carnival
c/o United Compucred Collections, I
PO Box 11075
Cincinnati, OH 45263-3373
```

Shoe Carnival
c/o United Compucred Collections, I
PO Box 11075
Cincinnati, OH 45263-3373


Short Term
c/o Mages & Price
1110 Lake Cook Road
Buffalo Grove, IL 60089


Short Term Loans, LLC
1400 E. Touhy Ave.
Ste. 108
Des Plaines, IL 60018


Sirius XM Radio Inc.
P.O. Box 9001399
Louisville, KY 40290-1399


South Suburban Gastroenterology, SC
17901 Governors Hwy, Ste. 106
Homewood, IL 60430


Southwest Laboratory Physicians, SC
Dept. 77-9288
Chicago, IL 60678-9288


Speedy Cash
c/o Ad Astra Recovery
3611 N. Ridge Rd.
Wichita, KS 67205


Speedy Cash Illinois, Inc.
848 East Sibley Avenue
Dolton, IL 60419


Sprint
c/o I.C. System
444 Hwy. 96 East, P.O. Box 64437
Saint Paul, MN 55164-0437


Sprint
c/o Enhanced Recovery Co.
8014 Bayberry Rd.
Jacksonville, FL 32256-7412

Sprint
c/o North Shore Agency
4000 E. Fifth Ave.
Columbus, OH 43219


Sprint
P.O. Box 4191
Carol Stream, IL 60197-4191


Sprint
c/o North Shore Agency
4000 E. Fifth Ave.
Columbus, OH 43219


Sprint* Nextel Correspondence
Attn: Bankruptcy Dept.
P.O. Box 7949
Overland Park, KS 66207-0949


St. James Hospital
2434 Interstate Plaza Dr, Ste 2
Hammond, IN 46324


State Collection Service
2509 S. Stoughton Rd.
Madison, WI 53716


Strack Van Til 8789
c/o TRS Recovery Services, Inc.
5251 Westheimer
Houston, TX 77056


Sun Cash
598 South Torrence Avenue
Lansing, IL 60438


Sun Cash
598 South Torrence Avenue
Calumet City, IL 60409


Sun Cash of WI, LLC
598 S. Torrence Ave.
Calumet City, IL 60409

Sunrise Credit Services
P.O. Box 9100
Farmingdale, NY 11735-9100


Sunrise Credit Services
P.O. Box 9100
Farmingdale, NY 11735-9100


T-Mobile
c/o Midland Credit MAnagement, Inc
PO Box 60578
Los Angeles, CA 90060-0578


T-Mobile
PO Box 629025
El Dorado Hills, CA 95762


T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596


TCF Bank
c/o Professional Account Mgmt.
P.O. Box 391
Milwaukee, WI 53201-0391


TCF National Bank
c/o American Collection Corp.
919 Estes Court
Schaumburg, IL 60193


Telecheck
P.O. Box 4451
Houston, TX 77210-4451


Tennessee State University
c/o Coast Professional
P.O. Box 2876
West Monroe, LA 71294


The Anesthesia Associates of Northh
PO Box 100
Matteson, IL 60443

The Director's Store
Quinlan & Fabish
2601 Cumberland Drive
Valparaiso, IN 46383


The University of Chicago Physician
75 Remittance Dr.
Ste. 1385
Chicago, IL 60675-1385


Title Lenders/USA Payday Loan
428 E 162nd
South Holland, IL 60473


TJ Maxx
c/o Complete Payment Recovery Solut
3500 5th Street
Northport, AL 35476


Tri-State Financial
1258 Burnham Ave
Calumet City, IL 60409


TRS Recovery Services, Inc
5251 Westheimer
Houston, TX 77056


U.S. Bank
5440 West 87th Street
Burbank, IL 60459


U.S. Bank
800 Nicollett Mall
Minneapolis, MN 55402


U.S. Dept. of Education
P.O. Box 87130
Lincoln, NE 68501-7130


United Recovery Systems
P.O. Box 722929
Houston, TX 77272-2929

University of Chicago Medicine
15965 Collections Center Drive
Chicago, IL 60693-0159


University of Chicago Physicians Gr
P.O. Box 75307
Chicago, IL 60675-5307


Up2drive
P.O. Box 3608
Dublin, OH 43016


Uptown Cash*
8641 S. Cottage Grove
Chicago, IL 60619


Us Cash IL, LLC
1567 Sibley Blvd
Calumet City, IL 60409


Walgreens
c/o CPS Security
PO Box 782408
San Antonio, TX 78278


Walgreens
c/o Credit Management Control, Inc
Po Box 1654
Green Bay, WI 54305-1654


Walgreens
c/o TRS Recovery Services, Inc.
5251 Westheimer
Houston, TX 77056


Walgreens
c/o TRS Recovery Services
14141 SW Freeway
Sugar Land, TX 77478


Walgreens Specialty Pharmacy
15358 Collect Center Drive
Chicago, IL 60693

Walgreens Specialty Pharmacy
15358 Collect Center Drive
Chicago, IL 60693

Washington Mutual Bank
P.O. Box 660487
Dallas, TX 75266-0487

West Asset Mgmnt
PO Box 2348
Sherman, TX 75091

Woodforest National Bank
PO Box 7899
Spring, TX 77387